ERNEST A. L'ECLUSE, Respondent, *v.* THYRZA B. F. FOWLER et al., Appellants, Impleaded with Others.

Argued March 22, 1937; decided April 27, 1937.

*Walter E. Hope, John A. Kelly* and *F. Trowbridge vom Baur* for appellants.

*Frederick W. Sparks, Roy C. Gasser* and *William H. Hayes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ.; CRANE, Ch. J., and FINCH, J., dissent as to that part of the judgment which gives five per cent commission upon anything over $300 per acre; otherwise concur for affirmance.